UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61386-CV-UNGARO
CASE NO. 16-60007-CR-ZLOCH (UNGARO)

CARLINE MAURICE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

    THIS CAUSE is before the Court on Movant Carline Maurice's 28 U.S.C. § 2255 motion to vacate ("§ 2255 Motion") attacking the constitutionality of her convictions and sentences for aggravated identity theft and related offenses entered following a jury verdict in Case No. 16-60007-CR-Zloch (Ungaro). D.E. 1. In her § 2255 Motion and a recently filed Affidavit (D.E. 12), Movant claims that, on or about August 29, 2019, defense counsel, Joseph Gibson, Esquire ("Atty Gibson") advised her during a telephone conversation that she should have "taken the deal." D.E. 12 at 1. Movant maintains she has attempted unsuccessfully to obtain copies of the recorded phone conversation from the prison facility. *Id.* at 1-2. In its response to the § 2255 Motion, the Government argues that no plea offer was ever extended. D.E. 11. The Government, however, has attached a June 2, 2016 letter to Atty Gibson regarding a proposed debriefing of the Movant, and July 7, 2016 e-mail from the Government to Atty Gibson regarding the Movant's potential sentence exposure. D.E. 11-1, 11-2.

1

THE COURT has considered the § 2255 Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Of concern to the Court is Movant's claim that a "deal" was not communicated. Given Movant's allegations and the Government's response, it is hereby

ORDERED AND ADJUDGED as follows:

1. On or before **DECEMBER 29, 2020,** the Government shall file a supplemental response discussing the nature surrounding its June 2, 2016 letter to Atty Gibson, and provide copies of any communications, letters, and e-mails from Atty Gibson responding to the June 2, 2016 letter.

2. The Government shall also attach to its response any and all e-mails from Atty Gibson responding to the Government's email of July 7, 2016, and any Government responses thereto.

3. The Government shall provide a copy of any recorded phone conversations which Movant claims to have occurred on or about August 29, 2019 between Movant and Atty Gibson from the facility where Movant was confined at the time. If no such recording exists, the Government shall so indicate in its response, providing objective evidence, in the form of redacted prison phone logs establishing whether or not Movant made or received any phone calls from Atty Gibson on or about the date alleged.

DONE AND ORDERED in Chambers, Miami, Florida, this _15th_ day of December, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:   Carline Maurice, *Pro Se*
      Reg. No. 12700-104
      Coleman Federal Correctional Complex-Camp
      Inmate Mail/Parcels
      P.O. Box 1027

Coleman, FL 33521-1027

Karen Rochlin, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: karen.rochlin@usdoj.gov