```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 20-61386-CIV-UNGARO
               Magistrate Judge McAliley
```

CARLINE MAURICE

      v.

UNITED STATES OF AMERICA
_____/

<u>GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DECEMBER 15, 2020 ORDER</u>

The United States of America respectfully responds as follows to this Court's Order, DE 15, for a supplemental response:

1. That order directed the United States to:

> [discuss] the nature surrounding its June 2, 2016 letter to Atty Gibson, and provide copies of any communications, letters, and e-mails from Atty Gibson responding to the June 2, 2016 letter.

DE 15:2. The June 2, 2016 letter addressed the terms of a proffer session with movant and her attorney, Mr. Gibson; the prosecutor, and special agents from the Internal Revenue Service (IRS). The session was arranged at the request of defense counsel which was likely made orally; there are no letters or electronic mail messages requesting such a meeting. The proffer letter was provided to Mr. Gibson in person when he and movant arrived for the proffer session. Mr. Gibson and movant were provided with an opportunity to privately review the June 2 letter. The letter was then signed by movant, her

1

attorney, and the prosecutor, who provided an executed copy of the proffer letter to Mr. Gibson in a later electronic mail message dated June 29, 2016. A copy of the transmittal message is attached. There are no letters, e-mails or records of other communications from Attorney Gibson in response to the June 2 letter; any such responses were provided orally during the meeting, or in one instance, through a correction to Mr. Gibson's address written on the letter itself. The proffer session was not productive and did not result in any offer of a plea bargain.

2. The order also directed the United States to "attach any and all e-mails from Atty Gibson responding to the Government's email of July 7, 2016, and any Government responses thereto." DE 15:2. The United States did not receive any response to the July 7 message from Mr. Gibson by electronic mail.

3. Finally, this Court's order directed the United States to:

> provide a copy of any recorded phone conversations which Movant claims to have occurred on or about August 29, 2019 between Movant and Atty Gibson from the facility where Movant was confined at the time. If no such recording exists, the Government shall so indicate in its response, providing objective evidence, in the form of redacted prison phone logs establishing whether or not Movant made or received any phone calls from Atty Gibson on or about the date alleged.

DE 15:2. On December 15, 2020, the prosecution initiated a request for records by contacting the Bureau of Prisons' Miami Consolidated Legal Center. An electronic message on December 15, 2020 confirming

2

receipt of the request advised that the BOP does not record properly placed legal calls, and that calls placed on an inmate line would be purged within six months, absent timely legal process. A subsequent electronic mail message from movant's designated BOP facility also included the statement that [recordings of] phone calls are purged after six months.

4. The BOP has produced a four-page log listing calls for the phone number associated with Attorney Gibson. The log includes entries for numerous inmates other than movant. Accordingly, and at the request of the BOP, the United States is attaching a redacted version of the log showing calls involving movant and Mr. Gibson during the relevant time period of August, 2019. There are only two such calls, dated August 6 and August 20, 2019; thus, the redacted log has content on only two pages. If needed, the United States can produce an unredacted version of the log to the Court.

                          Respectfully submitted,

                          ARIANA FAJARDO ORSHAN
                          UNITED STATES ATTORNEY

By: s/Karen E. Rochlin
    KAREN E. ROCHLIN
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4th Street
    Miami, Florida  33132
    (305) 961-9234
    Court I.D. No. A5500050
    karen.rochlin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF and by mail on Carline Maurice, No. 12700-104, Coleman Federal Correctional Complex-Camp, P.O. Box 1027, Coleman, Florida 33521-1027.

s/
KAREN E. ROCHLIN