| | |
|---|---|
| **From:** | Rochlin, Karen (USAFLS) |
| **To:** | "joseph_gibson@bellsouth.net" |
| **Subject:** | US v Carline Maurice |
| **Date:** | Wednesday, June 29, 2016 7:35:00 PM |
| **Attachments:** | Proffer Letter.pdf |

Joe,

Per your earlier request, here is the proffer letter for the earlier meeting with your client.