| Date: | 12/15/2020 | | Location: DC |
|---|---|---|---|
| Time: | 02:31 PM | | |

Federal Bureau of Prisons
TRUVIEW
**Phone Number Center Report**
**Sensitive But Unclassified**

| **Phone #:** 3053772525 | **Start Dt:** 8/1/2019 | **End Dt:** 8/31/2019 |
|---|---|---|
| ☐ Money Sent  ☑ Phone List  ☑ Calls  ☐ Email List  ☐ Messages  ☐ Visitor List  ☐ Visits  ☐ Vendors  ☐ VCI List  ☐ Timeline | | |

| | | | |
|---|---|---|---|
| Date: | 12/15/2020 | | Location: DC |
| Time: | 02:31 PM | | |

**Federal Bureau of Prisons**
TRUVIEW
**Phone Number Center Report**
**Sensitive But Unclassified**

**Calls**

| Start Date | Loc | Completed | Duration | Relationship | Reg # | Inmate Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 8/20/2019 10:14:49 AM | COA | Yes | 4 | Attorney | 12700104 | MAURICE, CARLINE | MIAMI | FL | |
| 8/6/2019 9:42:07 AM | COA | Yes | 3 | Attorney | 12700104 | MAURICE, CARLINE | MIAMI | FL | |